Maria Eva GONZALEZ, Plaintiff—Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Defendant–Appellee.

No. 07–56253.

United States Court of Appeals, Ninth Circuit.

---

* James B. Peake is substituted for his predecessors as Secretary, Department of Veterans Affairs. Fed. R.App. P. 43(c)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Nov. 18, 2008 *.

Filed Dec. 3, 2008.

Marc V. Kalagian, Esquire, Rohlfing & Kalagian, Long Beach, CA, for Plaintiff–Appellant.

Sharla Cerra, Esquire, Office of the U.S. Attorney, Los Angeles, CA, for Defendant–Appellee.

Before: BRIGHT,** TROTT and HAWKINS, Circuit Judges.

### MEMORANDUM ***

Maria Eva Gonzalez appeals from the summary judgment grant in favor of the Commissioner of Social Security upholding an administrative law judge's denial of disability benefits. We affirm for the reasons given in Judge Turchin's well-reasoned Opinion and Order dated June 22, 2007.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.